UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.S. and C.S., individually and on behalf of R.S., a minor,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _2/5/2026___

25 Civ. 9851 (AT)

**ORDER**

ANALISA TORRES District Judge:

On December 1, 2025, the Court ordered the parties to submit a joint letter and proposed case management plan by February 2, 2026.  ECF No. 7.  Those submissions are now overdue. Accordingly, by **March 2, 2026**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: February 5, 2026
       New York, New York

ANALISA TORRES
United States District Judge