UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.S. and C.S., individually and on behalf of R.S., a minor,

                        Plaintiffs,

            -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/4/2026___

25 Civ. 9851 (AT)

**ORDER**

ANALISA TORRES District Judge:

On December 1, 2025, the Court ordered the parties to submit a joint letter and proposed case management plan by February 2, 2026.  ECF No. 7.  After the Court received no submissions, it *sua sponte* extended the deadline to March 2, 2026.  *See* ECF No. 8.  The Court, again, received no submissions.  Accordingly, by **April 3, 2026**, the parties shall submit their joint letter and proposed case management plan.  Plaintiff is advised that failing to comply with the terms of this order may result in dismissal of the action under Federal Rule of Civil Procedure 41(b).

            SO ORDERED.

Dated: March 4, 2026
       New York, New York

_____
            ANALISA TORRES
      United States District Judge