UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.S. and C.S., individually and on behalf of R.S., a minor,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/15/2026___

25 Civ. 9851 (AT)

**ORDER**

ANALISA TORRES District Judge:

On December 1, 2025, the Court ordered the parties to submit a joint letter and proposed case management plan by February 2, 2026.  ECF No. 7.  Having received no submissions, the Court *sua sponte* extended the deadline to March 2, 2026, *see* ECF No. 8, and again to April 3, 2026, *see* ECF No. 9.  The Court has still received no submissions.  Accordingly, by **May 13, 2026**, the parties shall file their joint letter and proposed case management plan.

Plaintiff is advised that failing to comply with Court orders may result in dismissal of this action under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: April 15, 2026
       New York, New York

ANALISA TORRES
United States District Judge